RECEIVED
JUL 03 2019
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JANE DOE

    Plaintiff - Appellant

v.

BEN CARSON
UNITED STATES OF AMERICA
GART HEIDEL

    Defendants - Appellees

Case No: 19-1714   (asm)

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

> Case was dismissed because issue of filing w/ anonymity. Need that resolved first and then pursue case on its merits.

Signed: [signature]

Date: July 2, 2019

Address: PO Box 230721
Grand Rapids MI
49523

United States Court of Appeals
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 1

