Case No. 19-1714

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JANE DOE

      Plaintiff - Appellant

v.

BEN CARSON, as Executive Director, U.S. Department of Housing and Urban Development; UNITED STATES OF AMERICA; GARY HEIDEL, as Acting Executive Director, Michigan State Housing Development Authority

      Defendants - Appellees

Upon consideration of appellant's motion for leave to proceed on appeal *in forma pauperis*,

And further considering that the district court's denial of pauper status was only for the interlocutory appeal filed as 19-1566,

It is **ORDERED** that the motion is considered **MOOT**. Plaintiff may proceed on appeal *in forma pauperis* in 19-1714.

.

                                            **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 08, 2020